IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AVERY ROBINSON,<br><br>           Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY, TAKEDA PHARMACEUTICALS U.S.A., INC. GROUP LIFE, DISABILITY AND ADD&D INSURANCE PLAN,<br><br>           Defendants. | 8:14CV126<br><br>ORDER |

      This matter is before the court on the parties' joint motion to dismiss defendant Takeda Pharmaceuticals U.S.A., Inc. Group Life, Disability and ADD&D Insurance Plan ("the Plan") without prejudice, under Fed. R. Civ. P. 21, [Filing No. 16](). Rule 21 of the Federal Rules of Civil Procedure provides that on motion of a party, or on its own motion, "the court may at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21. Based on the parties' representation in their joint motion, the court finds that the parties' joint motion should be granted.

      IT IS ORDERED:

      1.    The parties' joint motion to dismiss defendant Takeda Pharmaceuticals U.S.A., Inc. Group Life, Disability and ADD&D Insurance Plan without prejudice ([Filing No. 16]()) is granted.

      2.    Defendant Takeda Pharmaceuticals U.S.A., Inc. Group Life, Disability and ADD&D Insurance Plan is dismissed, without prejudice, as a defendant in this action.

      Dated this 13th day of August, 2014.

      BY THE COURT:

      s/ Joseph F. Bataillon
      United States District Judge