UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA
OMAHA DIVISION

| | |
|---|---|
| AVERY ROBINSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AETNA LIFE INSURANCE COMPANY, )<br>)<br>Defendant. ) | Case No. 8:14-cv-00126-JFB-TDT |

ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulation of Dismissal. The Court, having examined said stipulation and being duly advised, now GRANTS same.

IT IS THEREFORE ORDERED that this cause is hereby dismissed with prejudice, with each party to bear its own costs and attorney fees.

Dated this 18th day of November, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

DISTRIBUTION:

Eric P. Mathisen
eric.mathisen@ogletreedeakins.com

Kerri S. Reisdorff
kerri.reisdorff@ogletreedakins.com

Thomas M. Rowen
tom@rowenlawoffice.com

Talia Ravis
travis@erisakc.com